RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Lindsay Summer Carter

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00533-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| LINDSAY SUMMER CARTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Lindsay Summer Carter, that the status conference scheduled for March 7, 2025 at 11:30 am, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Ms. Carter has completed all of the classes required as conditions of her unsupervised probation.

2. Ms. Carter has provided a check for the payment of her fine to the office of the Federal Public Defender.

3. The Federal Public Defender requires additional time to transmit the payment to the Court and prepare a stipulation to close out the case.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

This is the first stipulation to continue filed herein.

DATED this 5th day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Kimberly Frayn<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>LINDSAY SUMMER CARTER,<br><br>                Defendant. | Case No. 2:23-mj-00533-DJA<br><br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference currently scheduled for March 7, 2025, at the hour of 11:30 a.m., be vacated and continued to **April 11, 2025, at 11:30 a.m.**

DATED this 6th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE