RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Lindsay Summer Carter

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Lindsay Summer Carter,<br><br>    Defendant. | Case No. 2:23-mj-00533-DJA<br><br>**Stipulation and Proposed Order** |

     Ms. Carter was charged by complaint on June 22, 2023, with two counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol and Drugs (a violation of 36 C.F.R. § 4.23(a)(1)) and (2) Refusal to Submit to a Chemical Test (a violation of 36 C.F.R. § 4.23(c)(2)). (ECF No. 1.)

     Ms. Carter entered a plea agreement on March 20, 2024. (ECF No. 19.) Under that agreement, Ms. Carter pleaded guilty to Count One. (*Id.*) Count Two was dismissed. (*Id.*) Ms. Carter was sentenced on Count One as follows: "Defendant is sentenced to one year unsupervised probation; $500.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and victim impact panel; complete eight (8) hours online alcohol awareness course; and restricted from Lake Mead National Recreational Area for six months. Should the defendant complete her

1  obligations within the first six months of her unsupervised probation, the court will
2  allow the defendant to withdraw her guilty plea to count one and the government will
3  move to amend count one to reckless driving, see plea agreement." (*Id.*)

4      Ms. Carter now has completed the special conditions of her unsupervised
5  probation. Accordingly, the parties agree that Count One should be amended to
6  Reckless Driving, and the status conference set for April 11, 2025 at 11:30 AM should
7  be vacated.

8      Dated: March 27, 2025

                                                   Respectfully submitted,

| | |
|---|---|
| Rene L. Valladares | Sue Fahami |
| Federal Public Defender | Acting United States Attorney |
| | |
| */s/ Rick A. Mula* | */s/ Skyler H. Pearson* |
| Rick A. Mula | Skyler H. Pearson |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-mj-00533-DJA |
| Plaintiff, | **Order** |
| v. | |
| Lindsay Summer Carter, | |
| Defendant. | |

The Court finds that Ms. Carter has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence.

IT IS THEREFORE ORDERED that Ms. Carter is permitted to withdraw her guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for April 11, 2025 at 11:30 AM is vacated.

DATED this 2nd day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE